CRIMINAL COMPLAINT
**(Electronically Submitted)**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Tomas Hernandez Rosales**<br>DOB: 1993; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>24-09610MJ |

| Complaint for violations of Title 18, United States Code, §§ 554(a), 922(g)(5)(B), and 924(a)((2) |
|---|

**COUNT 1:** On or about October 11, 2024, in the District of Arizona, **Tomas Hernandez Rosales** knowingly and fraudulently attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: four (4) firearms that were a rifle with the marking "FC", Model: FC-15, Multi Caliber; a rifle with the marking "FC", Model: FC-15, Multi Caliber; a Century Arms, Model: BFT47, 7.62 x 39mm rifle; and a Pioneer Arms Corp., Importer: Pioneer Arms Corp., Model: Sporter, 7.62 x 39mm rifle; and four (4) magazines, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

**COUNT 2:** On or about October 11, 2024, in the District of Arizona, **Tomas Hernandez Rosales**, knowing that he was a non-immigrant alien, who except as provided in subsection (y)(2), had been admitted into the United States under a non-immigrant visa (as that term is defined in section 101(a)(26) of the Immigration and Nationality Act (8 U.S. C. § 1101(a)(26)), in that he entered the United States with a B1/B2 VISA/Border Crossing Card, did knowingly possess, in and affecting interstate commerce, two (2) firearms, that is: a Century Arms, Model: BFT47, 7.62 x 39mm rifle and a Pioneer Arms Corp., Importer: Pioneer Arms Corp., Model: Sporter, 7.62 x 39mm rifle; all in violation of Title 18, United States Code, Sections 922(g)(5)(B) and 924(a)(2).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On October 11, 2024, at approximately 1:12 p.m., **Tomas Hernandez Rosales** was traveling eastbound on Interstate 10 near mile marker 244, near Tucson, Arizona, when he was stopped by Arizona Department of Public Safety ("DPS") Trooper W. Henson for the traffic violations: Improper Tinting of Windows or Windshield and Cracked Windshield. **Rosales** was the driver and sole occupant of the Chevrolet Cheyenne vehicle with Mexico License Plate: UW-0958-A, which is registered to him out of Hermosillo, Sonora, Mexico. DPS Trooper Henson issued **Rosales** a warning/equipment repair order and then asked him for consent to search his entire vehicle. **Rosales** granted Trooper Henson consent and signed a consent to search form, which was in English and in Spanish. While the trooper was in the process of issuing the warning/equipment repair order, **Rosales** stated he was coming from Phoenix, Arizona, and was traveling to Douglas, Arizona. **Rosales** stated he lived in Agua Prieta, Sonora, Mexico. However, when asked what his address was in Agua Prieta, **Rosales** clarified that he did not live in Agua Prieta, but lived in Hermosillo, Sonora, Mexico. **Rosales** stated he had gone

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

| MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A |
|---|

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *R. Arellano*   RAQUEL ARELLANO <small>Digitally signed by RAQUEL ARELLANO Date: 2024.10.15 09:16:36 -07'00'</small> | SIGNATURE OF COMPLAINANT<br><br>JOSIAH FENCEROY <small>Digitally signed by JOSIAH FENCEROY Date: 2024.10.15 09:45:03 -07'00'</small> |
|---|---|
| **Sworn by telephone   x** | OFFICIAL TITLE<br>ATF Special Agent Josiah Fenceroy |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>October 15, 2024 |

<small>1)    See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54</small>

24-09610MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

to Phoenix to buy furniture but did not end up buying any. Trooper Henson asked **Rosales** if there was any money, drugs, weapons, or bombs in the vehicle to which **Rosales** stated no. Trooper Henson began his search of the vehicle and located packages inside the doors of the vehicle which were later identified as four (4) firearms and four (4) magazines wrapped in plastic located inside and duct-taped to the passenger and driver side doors of the vehicle. The firearms are listed as follows:

1. Rifle with the marking "FC", Model: FC-15, Multi Caliber
2. Rifle with the marking "FC", Model: FC-15, Multi Caliber
3. Century Arms, Model: BFT47, 7.62 x 39mm rifle
4. Pioneer Arms Corp., Importer: Pioneer Arms Corp., Model: Sporter, 7.62 x 39mm rifle

**Rosales** was then detained and placed in handcuffs. Soon after being detained, **Rosales** made a spontaneous statement that the packages located in the vehicle were his friend's, and later referred to them as "rifles". A total of approximately $6,095 in cash was found in the vehicle and on **Rosales'** person.

ATF records revealed that the Century Arms rifle had been purchased two days prior from a Federal Firearms Licensee ("FFL") in the Phoenix, Arizona metropolitan area. Border crossing history revealed that **Rosales** entered the United States through the Douglas Port of Entry from the Republic of Mexico the day before on October 10, 2024, at approximately at 5:46 p.m. Based on ATF SA Fenceroy's training and experience, the Douglas Port of Entry has signs displayed that make it known it is illegal to transport firearms and/or ammunition from the United States of America into the Republic of Mexico.

**Rosales** holds a B1/B2 Nonimmigrant VISA/Border Crossing Card and does not fall under one of the exceptions to legally possess firearms and/or ammunition. The B1/B2 Nonimmigrant Visa was issued on January 13, 2023.

The firearms listed above numbered three (3) and four (4) are firearms as defined in Title 18, United States Code, Chapter 44, Section 921(a)(3), and were not manufactured in the state of Arizona, meaning they traveled in and/or affected interstate and/or foreign commerce under Title 18, United States Code, Chapter 44, Section 921(a)(2).

The firearms and magazines found in **Rosales'** vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **Rosales** did not possess a valid export license.

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

